IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE RIVAS RIVERA, et al.,<br>    Plaintiffs<br><br>    v.<br><br>K-MART MANAGEMENT CORP., et al.,<br>    Defendants. | Civil No. 06-2176 (ADC) |

### ORDER FOR ENTRY OF JUDGMENT

Pursuant to the reasons fully set forth in the Order of even date, this case is hereby **DISMISSED WITH PREJUDICE**.

The Clerk of Court is to enter judgment accordingly.

**SO ORDERED.**

At San Juan, Puerto Rico, this 13th day of May, 2009.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**